**George E. HARRISON, Sr.,
Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–
Appellee.**

No. 2007–7147.

United States Court of Appeals,
Federal Circuit.

May 11, 2007.

### ON MOTION

### ORDER

Upon consideration of George E. Harrison, Sr.'s unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.